# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

CLAY MASSI,

      Plaintiff,

vs.                                         NO.    3:05-CV-00425

WALGREEN CO.,

      Defendant.

## AGREED ORDER

By agreement of the parties and for good cause shown, **IT IS HEREBY ORDERED** that an attorney or representative of the law firm of **TAYLOR, REAMS, TILSON & HARRISON** may inspect and copy any and all records, reports, notes, bills or any other material compiled and/or recorded by any doctors, nurses or other medical personnel or health care facilities in the treatment of **CLAY MASSI.**

**IT IS FURTHER ORDERED** that copies of all records obtained pursuant to this Order be furnished to plaintiff's attorney within fifteen (15) days after receipt of same. The expense of obtaining said information shall be borne by the defendant.

**IT IS FURTHER ORDERED** that this Order shall remain in effect until the conclusion of the above pending suit or an Order to the contrary is entered, whichever shall occur first.

ENTER this _____ day of _____, 2005.

                                                        s/ H. Bruce Guyton
                                                  UNITED STATES MAGISTRATE JUDGE

TAYLOR, REAMS,
TILSON & HARRISON
ATTORNEYS AT LAW
116 EAST MAIN STREET
P.O. BOX 1799
MORRISTOWN, TENNESSEE
37816-1799

APPROVED FOR ENTRY:

_____
A. PHILIP LOMONACO (BPR # 011579)
Attorney for Plaintiff
800 S. Gay Street, Suite 2610
Knoxville, TN 37929
(865) 521-7422

_____
JAMES W. HARRISON (BPR # 007483)
Attorney for Defendant
P.O. Box 1799
Morristown, TN 37816-1799
(423) 586-9302

TAYLOR, REAMS,
TILSON & HARRISON
ATTORNEYS AT LAW
116 EAST MAIN STREET
P.O. BOX 1799
MORRISTOWN, TENNESSEE
37816-1799