UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CLAY MASSI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-425 |
| ) | (Guyton) |
| WALGREEN CO., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 11]. This matter came before the Court on November 28, 2006, on the defendant's motions in limine. [Docs. 67, 68, 69].

For the reasons stated in open Court, the defendant's Motion in Limine Regarding Action of Canadian Government [Doc. 67] is **GRANTED**; the defendant's Motion in Limine Regarding Payment of Medical Care [Doc. 68] is **DENIED**; and the defendant's Motion in Limine Regarding Certain Cross-Examination of Dr. Samir Kabbani [Doc. 69] is **GRANTED IN PART** and **DENIED IN PART**. The portions of Dr. Kabbani's deposition which the defendant has requested be excluded, with the exception of the question and answer set forth on page 17, lines 15-20, shall not be included in the reading of Dr. Kabbani's deposition.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge