UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CLAY MASSI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-425 |
| | ) | (Guyton) |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER TO RECEIVE AND DISBURSE FUNDS AND SATISFACTION OF JUDGMENT

Clay Massi, Plaintiff, has moved [Doc. 78] the Court for an Order directing funds intended for satisfaction of the Judgment in this matter be paid into the Court Clerk's Office and subsequently disbursed to the Law Office of A. Philip Lomonaco and Clay Massi, for satisfaction of the Judgment. The defendant agrees to the Motion.

The Court finds the said Motion [Doc. 78] well taken and it is **GRANTED**. The Clerk of the Court is directed to receive from the defendant the subject funds in the amount of $13,750, and thereafter these finds shall be disbursed to the Law Office of A. Philip Lomonaco in trust for the use of Clay Massi and Philip Lomonaco. Said disbursement by the Clerk of the Court shall constitute satisfaction of the Judgment in this case.

**IT IS SO ORDERED.**
                            **ENTER:**

                                      s/ H. Bruce Guyton
                            United States Magistrate Judge